# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN ANGLE, II, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 13-190E |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Susan Paradise Baxter |
| EDS SHIRLEY MOORE SMEAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On July 31, 2014, the magistrate judge issued a Report (Doc. 26) recommending that Defendants' Motion to Dismiss (Doc. 22) be granted; that, therefore, Plaintiff's Fourteenth Amendment due process claim be dismissed; that Plaintiff's Motion for Change of Venue (Doc. 25) be denied; and that all of Plaintiff's remaining claims be dismissed under 28 U.S.C. § 1915(e)(2). Service of the Report and Recommendation was made on the parties, and Plaintiff has filed objections. *See* Doc. 27.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 22**) is **GRANTED**, and, therefore, Plaintiff's Fourteenth Amendment due process claim is **DISMISSED**; Plaintiff's Motion for Change of Venue (**Doc. 25**) is **DENIED**; and all of Plaintiff's remaining claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2).

The Magistrate Judge's Report and Recommendation dated July 31, 2014 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


September 5, 2014             s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via First-Class U.S. Mail):

Bryan Angle, II
HY2333
SCI Forest
Po Box 945
Marienville, PA  16239


cc (via ECF email notification):

All counsel of record